UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDI COHEN,<br><br>  Plaintiff,<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; CEDARS-SINAI MEDICAL CENTER AND HEALTH AND WELFARE PLAN (REAL PARTY IN INTEREST)<br><br>  Defendants. | Case No.: CV 13-02394 JEM<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice, each party to bear their own costs, expenses and attorneys' fees.

DATED: May 16, 2013           By:*/s/John E. McDermott*_____
                                     Hon. John E. McDermott
                                     United States Magistrate Judge

1

[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE

1812696.1